UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                          Chapter 11

MICHAEL HERZOG LLC,                                             Case No. 26-10961-PB

                                    Debtor.
------------------------------------------------------------x

## CONSOLIDATED DECLARATION
## PURSUANT TO THE LOCAL BANKRUPTCY RULES

Pearl Herzog declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.     I am the Manager of each of the affiliates debtors, David Herzog LLC and Michael Herzog LLC (collectively, the "Debtors") and as such I am fully familiar with the facts and circumstances set forth herein. I am also a 50% equity holder in Michael Herzog LLC.

2.     I respectfully submit this Consolidated Declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtors' respective Chapter 11 cases filed simultaneously herewith. The purpose of this Declaration is to outline the Debtors' respective capital and debt structures, the events leading up to the commencement of the Chapter 11 cases and the Debtors' reorganization strategies.

3.     I anticipate that the respective Chapter 11 cases will be jointly administered. The Debtors are companies organized by my husband, Michael, and brother-in-law, David, and jointly own (50%-50%) the four story mixed use property located at 57 West 86th Street, New York, NY (the "Property"). The Property consists of twelve (12) residential apartments and one (1) commercial tenant, and is fully occupied, generating a combined monthly rent roll of $83,853.63, which is sufficient to pay required debt service.

4.     The Debtor believes that the Property has a value in excess of the current principal balance under the mortgage held by Wells Fargo Bank N.A., as trustee (the "Lender") in the principal sum of $6,600,000.

1

**Events Leading up to the Commencement of the Chapter 11 Cases**

5.      In many respects, the Debtors find themselves subject to an unnecessary foreclosure action filed by the Lender in the Supreme Court, New York County (Index No. 850222/2025) based upon a trumped-up default.  The case, unfortunately, got worse after the Court granted a motion for the appointment of a Receiver.

6.      When the mortgage was issued, the prime tenant at the Property was JPMorgan Chase Bank ("Chase Bank").  However, the Debtor and the Lender were aware from the start of the loan in 2020 that Chase might relocate from the Property following the end of its lease in 2024.

7.      To deal with the possibility that Chase would not renew the lease, the Debtors separately funded a special reserve beginning in 2020 at a rate of $25,000 per month (the "Reserve").  The Reserve constituted a "rainy day" fund of sorts to offset the anticipated decline in rental income once Chase Bank vacated in 2024 pending the signing of a lease with a new tenant.

8.      At one point, the Reserve amounted to over $1 million.  While the Lender has not provided a full accounting, the Debtors believe that there is a current balance of approximately $400,000 - $600,000 in the Reserve after payment of certain taxes.  Immediately following the departure of Chase Bank in 2024, certain arrears occurred which should have been paid from the Reserve.  The Lender, however, failed to do so even through the Reserve was set up for this very purposes.

9.      In December 2024, the Debtors signed a new lease with a cannabis retailer, which is a lawful and viable business, currently paying monthly rent of $39,140 per month.  The Lender implicitly consented to this lease when the Lender agreed to pay a brokerage commission of $100,000 relating to the new tenancy.

10.     At this point, the new commercial tenant is paying full rent.  In turn, the Debtors' overall rents have clearly improved to the point that they exceed the amounts and to the Lender

2

requested for interest and tax and insurance escrows by almost $25,000 per month. Even during the foreclosure action, the Debtors continued to pay required debt service to the Lender and intend to do so going forward during the Chapter 11 cases.

11. Given the history of ongoing regular debt service payments Reserve, the cases set-up very nicely for a cure and reinstatement of the mortgage debt. Indeed, the Reserve can be used to pay down and satisfy any legitimate arrears that may be owed following a reconciliation and objection process.

### Exit Strategy

12. In fact, the Debtors hope to file a prompt plan of reorganization well within the 90-day period under 11 U.S.C. Section 362(d)(3) to cure any legitimate defaults that may be established, as permitted by 11 U.S.C. Section 1124.

### Local Rule 1007-2

13. Pursuant to Local Rule 1007-2(a)(2) and (3), no committee of creditors was formed prior to the commencement of these Chapter 11 cases.

14. Pursuant to Local Rule 1007-2(a)(4), given the healthy rent collections, the Debtors are current with the Property's vendors and service providers.

15. Pursuant to Local Rule 1007-2(a)(5), the Property is subject to a senior mortgage held by the Lender as set forth above.

16. Pursuant to Local Rule 1007-2(a)(6), the Debtors' assets and liabilities will be set forth in a full set of schedules and statements to be filed within fourteen (14) days. The Debtor's main asset, however, consists of the Property which is believed to have a fair market value equal to or more than the mortgage debt.

17. Pursuant to Local Rule 1007-2(a)(7), the membership interests of each Debtor are set forth in the respective Statement of Equity Holders.

18.    Pursuant to Local Rule 1007-2(a)(8), a receiver was appointed on February 26, 2026 but has not taken possession.

19.    Pursuant to Local Rule 1007-2(a)(9), the Property is located in New York City.

20.    Pursuant to Local Rule 1007-2(a)(10), the Debtors' respective books and records are located in my house in Lakewood, NJ.

21.    Pursuant to Local Rule 1007-2(a)(11), a list of pending lawsuits is attached hereto for each of the Debtors.

22.    Pursuant to Local Rule 1007-2(a)(12), I am the manager of each of the Debtors and serve in this capacity based upon a modest salary.

Dated: New York, NY
        April 27, 2026

/s/ Pearl Herzog

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                  Chapter 11

MICHAEL HERZOG LLC,                                     Case No.

                           Debtor.
------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

          MICHAEL HERZOG LLC    Michael Herzog 50%
                                Pearl Herzog     50%


Dated: New York, New York
       April 27, 2026


                                    Michael Herzog LLC

                                    By:    /s/ Pearl Herzog, Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                                          Chapter 11

MICHAEL HERZOG LLC,                                              Case No.

                                    Debtor.
------------------------------------------------------------x

## LIST OF LAWSUITS

Wells Fargo Bank N.A. as Trustee v. David Herzog LLC, Michael Herzog LLC, et al.
Supreme Court, New York County
Index No. 850222/2025

Plaintiff's Counsel:
         Jessica Macarone, Esq.
         McCarter & English LLP
         Four Gateway Center
         100 Mulberry Street
         Newark, New Jersey 07102


Dated: New York, New York
          April 27, 2026

                                        Michael Herzog LLC

                                        By:      /s/ Pearl Herzog, Manager

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                    Chapter 11

MICHAEL HERZOG LLC,                                       Case No.

                              Debtor.

-----------------------------------------------------------x

**BANKRUPTCY RULE 7007.1 AND S.D.N.Y. LBR 1007-3
CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 7007.1 and S.D.N.Y. LBR 1007-3, Michael Herzog

LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates

and/or subsidiaries which are publicly held.


Dated: New York, New York
       April 27, 2026


                              Michael Herzog LLC

                              By:    /s/ Pearl Herzog, Manager